IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:23CR79 |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS** |
| KENNETH BREYER, | ) | |
| Defendant. | ) | |

Defendant, Kenneth Breyer, by and through Assistant Federal Public Defender Karen M. Shanahan, hereby moves the Court to continue the April 19, 2023, deadline for filing pretrial motions for a period of 45 days. In furtherance of said Motion, and as good cause for granting the same, Defendant shows to the Court as follows:

1. Defense counsel will need additional time to review the discovery before deciding whether to file pretrial motions.

2. Counsel has advised the Defendant of his speedy trial rights, including the exclusion of time during the pendency of this motion and from any delays in the trial. Defendant agrees that this extension is in his best interests.

3. Assistant United States Attorney Sean P. Lynch has no objection to continuing Defendant's deadline for filing pretrial motions.

WHEREFORE, Defendant respectfully requests an extension of the deadline to file pretrial motions for a period of 45 days.

KENNETH BRYER, Defendant,

By:   s/ Karen M. Shanahan
**KAREN M. SHANAHAN**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
fax: (402) 221-7884
e-mail: karen_shanahan@fd.org