IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:23CR79 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **UNOPPOSED MOTION TO CONTINUE TRIAL** |
| KENNETH BREYER, | ) ) ) | |
| Defendant. | ) | |

The Defendant, Kenneth Breyer, by undersigned counsel, hereby moves this Court for an Order continuing trial herein for at least 90 days or until the Court's calendar allows. In furtherance of said motion, and as good cause for the granting of the same, Defendant states as follows:

1. Trial is scheduled to commence July 17, 2023.

2. The parties are attempting in good faith to resolve this matter short of trial. Additional time is necessary in order to make further attempts to find a mutually acceptable resolution.

3. Defense counsel has spoken to Sean P. Lynch, the Assistant United States Attorney assigned to this case, and he has no objection to Defendant's request for a continuance.

4. Defense counsel has also spoken to Andrew J. Hilger, attorney for co-counsel Elaine Breyer, and he has no objection to Defendant's request for a continuance.

5. Counsel has informed the Defendant of his right to a speedy trial in this case. Understanding that right, the Defendant agrees that this motion is in his best interests and waives any right to a speedy trial during the pendency of this motion.

WHEREFORE, based upon the above showing, which Defendant asserts is good cause for said continuance, Defendant respectfully requests that this Court continue the trial herein for approximately 90 days or until the Court's calendar will allow.

KENNETH BREYER, Defendant,

By:   s/ Karen M. Shanahan
**KAREN M. SHANAHAN**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE  68102
(402) 221-7896
fax: (402) 221-7884
email:  karen_shanahan@fd.org