IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR79 |
| vs. | ) | |
| KENNETH BREYER and ELAINE BREYER, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant, Kenneth Breyer's unopposed Motion to Continue Trial [57]. Counsel are attempting to resolve the matter without the necessity of a trial   Counsel for co-defendant Elaine Breyer has indicated to the Court she does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [57] is granted, as follows:

1. The jury trial, **for both defendants**, now set for December 18, 2023, is continued to **February 12, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 12, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  December 5, 2023.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**