AO 455 (Rev. 01/09) Waiver of an Indictment

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
24 JUL -2 AM 11: 50
OFFICE OF THE CLERK

# United States District Court
### for the
### District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   8:23CR79 |
| | ) | |
| KENNETH BREYER | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/2/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Karen M. Shanahan
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Robert F. Rossiter, United States District Court Judge
*Judge's printed name and title*